# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1543
Lower Tribunal No. 23-00952
_____

## Katherine Mirella Area Alvarez,
Appellant,

vs.

## Reemployment Assistance Appeals Commission,
Appellee.

An Appeal from the State of Florida, Reemployment Assistance Appeals Commission.

Katherine Mirella Area Alvarez, in proper person.

Amanda L. Neff, Deputy General Counsel (Tallahassee), for appellee.

Before LINDSEY, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Caldera v. Fla. Unemployment Appeals Com'n, 758 So. 2d 736, 736 (Fla. 3d DCA 2000) ("Because the 20-day appeal period is jurisdictional, the Unemployment Appeals Commission properly dismissed the appeal as untimely."); see also § 443.151(4)(b)(3), Fla. Stat. (2023) ("If an appeal appears to have been filed after the permissible time limit, the Office of Appeals may issue an order to show cause to the appellant which requires the appellant to show why the appeal should not be dismissed as untimely. If, within 15 days after the mailing date of the order to show cause, the appellant does not provide written evidence of timely filing or good cause for failure to appeal timely, the appeal shall be dismissed.").